# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1681
Lower Tribunal No. 2023-CA-000157

_____

KHALED ABDEL-FATTAH,

Appellant,

v.

MOHAMED DELHOUM and FATIMA BELAL,

Appellees.

_____

Appeal from the Circuit Court for Osceola County.
Tom Young, Judge.

October 28, 2025

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and MIZE, JJ., concur.


Khaled Abdel-Fattah, Lowell, Massachusetts, pro se.

Jonathan Mann and Robin Bresky, of Schwartz Sladkus Reich Greenberg Atlas LLP, Boca Raton, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED